UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**TODD SIEVERT,**

        **Plaintiff,**

vs.                                                                                      Case No. 08-cv-263

**FEDERAL CREDIT CORP.,**
**2ND CHANCE COLLECTIONS, LLC,**
**ABC INSURANCE COMPANY, and**
**DEF INSURANCE COMPANY,**

        **Defendants.**
_____

## ENTRY OF DEFAULT
_____

Plaintiff requests that the Clerk of Court enter default against defendants Federal Credit Corp. and 2nd Chance Collections, LLC pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Federal Credit Corp. and 2nd Chance Collections, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 25th day of September, 2008.

                                                      s/Joel W. Turner
                                                      Acting Clerk of Court