IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TODD SIEVERT

                       Plaintiff,                      ORDER

    v.

                                                  08-cv-263-bbc

FEDERAL CREDIT CORP.,
2ND CHANCE COLLECTIONS,
INC., ABC INSURANCE COMPANY,
DEF INSURANCE COMPANY,
ANTHONY BAER and
KREKELER & STROTHER, S.C.,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on August 11, 2009, I approved the parties' stipulation with respect to liability and damages in this action brought under the Fair Debt Collection Practices Act and state law. Dkt. #63. The stipulation did not resolve the issue of attorney fees and costs but provided that plaintiff could move for an award of fees and costs if the parties failed to reach agreement on that issue. On August 26, 2009, plaintiff moved under 15 U.S.C. § 1692k(a)(3) for an award of attorney fees and costs in the amount of $15,791.20, dkt. #64, and supported that motion with an affidavit from his attorney, dkt. #65. Defendants have notified the court that they will not oppose the motion. Dkt. #66.

1

Because I find that the attorney fees and costs requested by plaintiff are reasonable, I will grant plaintiff's motion.

ORDER

IT IS ORDERED that plaintiff Todd Sievert's motion for an award of attorney fees and costs under 15 U.S.C. § 1692k(a)(3) is GRANTED. Plaintiff is awarded fees and costs in the amount of $15,791.20.

Entered this 28th day of September, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2