IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD SIEVERT,

    Plaintiff,

v.

FEDERAL CREDIT CORP., 2ND
CHANCE COLLECTIONS, INC.,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY,
ANTHONY BAER and KREKELER &
STROTHER, S.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-263-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Todd Sievert against defendants Federal Credit Corp., 2nd Chance Collections, Inc., Anthony Baer and Krekeler & Strother, S.C., in the amount of $15,791.20 as attorney fees and costs under 15 U.S.C. § 1692k(a)(3).

APPROVED as to form this 29th day of September, 2009.

_Barbara B Crabb_
Barbara B. Crabb, District Judge

_Peter Oppeneer_                    10/1/09
Peter Oppeneer, Clerk of Court           Date